# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**JODY LEE GOOSLIN, II,**

Debtor.

Case No.: 2:25-bk-20129
**Chapter 11, Sub Chapter V**
**Honorable B. McKay Mignault**

## SECOND AMENDED ORDER APPROVING
## ALLISON R. TAYLOR AS CO-COUNSEL

This day came the Debtor, Jody Lee Gooslin, II, by counsel, Joseph W. Caldwell, upon an Application to allow Allison R. Taylor to serve as co-counsel for the Chapter 11 Debtor. Allison R. Taylor, who is an associate attorney with Caldwell & Riffee, will work under the supervision of Joseph W. Caldwell and perform discrete tasks involved in preparation of the Petition and Schedules and general assistance in connection with the advancement of the case. The rate of compensation for tasks performed by Allison R. Taylor will be $235 per hour after approval of the U.S. Bankruptcy Court for the Southern District of West Virginia. There will be no duplication of services by approved counsel. Applications for compensation in this case submitted by Joseph W. Caldwell, Mr. Caldwell shall include time spent and legal tasks performed by Alliston R. Taylor, who is an associate attorney with Caldwell & Riffee. Applications for compensation filed with the Court shall include a detailed itemization showing the respective tasks and time spent representing the Debtor by each attorney. The Combined Application will then be reviewed by the Office of the U.S. Trustee and the U.S. Bankruptcy Court.

Upon good cause shown, the Court does hereby **ORDER** that Allison R. Taylor, an associate attorney with Caldwell & Riffee, is appointed as co-counsel in this case, all of which is so **ORDERED**.

Presented by:

*/s/ Joseph W. Caldwell*
Joseph W. Caldwell, Esquire
WV Bar No. 0586
P.O. Box 4427
Charleston, WV 25364
Phone: (304) 925-2100
jcaldwell@caldwellandriffee.com